JOHNS, Respondent, v. RUBEN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Samuel L. Johns against Julian J. Ruben and another. F. Bien, for appellants. D. M. Porter, for respondent. No opinion. Judgment affirmed, with costs.

In re JOYCE. (Supreme Court, Appellate Division, Second Department. October 24, 1898.) In the matter of the application of Joseph A. Joyce for admission as an attorney and counselor at law. No opinion. Application granted.

KATTE v. TAYLOR. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Walter J. Katte against Lulu M. Taylor. No opinion. Motion dismissed.

KATTE v. TAYLOR et al. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Walter J. Katte against Lulu M. Taylor and others. No opinion. Motion granted, with $10 costs.

KEELEY, Respondent, v. CITY OF KINGSTON, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by John J. Keeley against the city of Kingston. No opinion. Judgment and order affirmed, with costs.

KEEP et al., Respondents, v. WALSH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Charles H. Keep and Wallace I. Keep, individually and as executors, etc., against Maurice G. Walsh and others. No opinion. Judgment affirmed, with costs. See Keep v. Walsh, 17 App. Div. 104, 44 N. Y. Supp. 944.

KEHRLEY, Appellant, v. SHAFER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Michael Kehrley against Caroline E. Shafer, as executrix. No opinion. Judgment and order affirmed, with costs.

KELLY, Appellant, v. CONNECTICUT MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) Action by Joseph Kelly against the Connecticut Mutual Life Insurance Company. No opinion. Judgment affirmed, with costs.

KEMPNER v. POTTS. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Elias Kempner against Ellen J. Potts. No opinion. Motion granted, with $10 costs.

KING, Respondent, v. SCHMITLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Sarah H. King against Rosetta Schmitlin and Cora W. Keyes. No opinion. Order affirmed, with $10 costs and disbursements.

KIRSCHBAUM, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action

54 N.Y.S.—70

by Simon Kirschbaum against Henry Brown. No opinion. Order so far as it strikes out the first count or defense affirmed. That part of the order which strikes out the defense or counterclaim reversed, without costs to either party. Held, that the allegation relating to counterclaim cannot be stricken out, upon motion, as frivolous.

KOEHNE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by Minnie Koehne against the New York & Queens County Railway Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 52 N. Y. Supp. 1088.

LACS, Respondent, v. JAMES EVERARD'S BREWERIES, Appellant. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Jacob M. Lacs, an infant, against James Everard's Breweries. No opinion. Judgment and order unanimously affirmed, with costs.

LAKE, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Helen E. Lake, as administratrix, against Metropolitan Street-Railway Company. T. J. Falls, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

LAPHAM, Appellant, v. LAPHAM, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by George H. Lapham against Kathleen H. M. B. Lapham. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except ADAMS, J., not voting.

In re LAZARUS. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) In the matter of the application of Jacob G. Lazarus for admission to the bar. No opinion. Application granted.

LEHON, Appellant, v. JUDSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by John D. Lehon against Priscilla H. Judson. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to amend his complaint upon payment of the costs of the demurrer and of this appeal. All concur, except ADAMS, J., not voting. See 52 N. Y. Supp. 1144.

LEMON, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Bill by J. Samuel Lemon, as administrator of the estate of Hope A. Lemon, against Adon Smith and others, as executors. Appeal by George A. Haven, executor of the will of Samuel R. Smith, deceased, from an order bringing him in and substituting him, as executor, as defendant in